**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

COY W. BELLAMY,

    Plaintiff,

vs.                                           Case No. 5:10cv84/MCR/EMT

WALTER A. McNEIL, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2011. (Doc. 25). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 16th day of March, 2011.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**